To: The First Reason That ye Appelant owned and his bill of Exchange proued him debter to Benj: Barker and that hee might owne himselfe debter to Benj: Barker J will not despute but that his bill of Exchange proued him Dr to Benj: Barker J deney — The bill of Exchange proufed that hee wase indeb[ted] vnto Benj: Barter; and not to Benj: Barker — J hop the Honred Court and Jury will destinguish be'twen Barker and Barter; and then they will find noe Vallidity in this Reson; The pretence why ye bill of Ex[c°]: wch wase drawne by West: payable to Barter: or: orde[r] Should not be paid to:, or: recovred By Barters order was be Cause the Estat of Barker:, wch beinge another man: bee Cause itt is a nother name, wase a Rested in ye hands of West, and w[t] Reson Cann thare bee in this Reson of Appeale, West might owe Barker fiue hundred poundes and Barker might owe Farreweather and Comp[a] money:, and yet Barters Estate noe way Concerned, and if the same parson was ment and Jntended yet ye parson Cann not be Vnderstood:, and the parson and Case must bee Vnderstood or thare is noe ground of Action theare for here is no ground for ye Action of Appele:, Willm West ought to pay his bill drawne for ye Vse of Barter all though hee owed Barker neuer soe much, and itt wase attached in his hands:

To: his second Reason That itt ded not appeare Paige Wase Atturny: to Barker: their is noe need of that for J Claime nothinge Jn Right of Barker: but Jn Right of Barter:, and that ye Leater of Atturny appeared in Court and theare Js extant is true pa[r] wch J wase alowed to sue and did Recouer of West in the Name of Barter and why itt is not brought to this Court J know not,: but suppose that Barters Estat had benn Sued in the handes of West: yet West might owe Barter other wayes then by this bill: of Exchange and soe ye bill The payment theire of not to bee hindred: But if itt bee taken for granted that hee owed him nothinge otherwayes yet J doe Conceue the Attachinge or Recoueringe of Judgment: againest Ba[torn] his Estat in y[e] handes of West in Genrall: will not touch the Estate of Barter in the hands of West per uertue of such a spetialty as a Bill of Exchange Thus not doubtinge but the Honeared Court and the Gentellm of y[e] Jurey will Com to a right understandinge of y[e] Cause and see Just Reson to Confearm the former Vardet and soe J am

yo[rs] to Command

Nicho: Paige

(Records of Court of Assistants, i. 157)

w[m] west plt ag[st] Nicholas Paige Atturney to Benjamin Barter deffend[t] in an Action of Appeale from the Judgment of the County Court in Novembe[r] last at Boston . . . the Jury brought in their virdict i e If stopping of mony due by bill of exchainge by Attaching of it in the hands of him by whom the bill of exchainge is draune be a sufficient barr for the non payment of the money sued for then wee find for the plaintiff reuersion of the former Judgment & Costs of Courts if no[t] wee find for the deffendant Confirmation of the forme[r] Judgement & Costs of Courts. The Bench resolues this Question on the negative & so determines this Case for the deffendant Confirmation of the former Judgment & Costs of Courts three pounds eight shillings ]

## LEITCHFEILD cont[a] BADCOCK

Thomas Leitchfeild plaint. cont[a] Ionathan Badcock Defend[t] according to Attachm[t] The plaint. withdrew his Accion.